**RABINOWITZ, LUBETKIN & TULLY, L.L.C.**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
(973) 597-9100
Jonathan I. Rabinowitz (JR 9356)
Mary Ellen Tully (MT 3306)
John J. Choe (JC 1698)
*Conflict Counsel to Edward P. Bond,*
*Liquidating Trustee of the Marcal Paper Mills Claims Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 06-21886 (MS) |
| MARCAL PAPER MILLS, INC., | Chapter 11 |
| Debtors. | |
| EDWARD P. BOND as LIQUIDATING TRUSTEE OF THE MARCAL PAPER MILLS CLAIMS TRUST, | Adv. Proc. No.: 08-2813 |
| Plaintiff, | |
| v. | |
| CELLU TISSUE HOLDINGS, INC., | |
| Defendant. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

The Complaint in the above-entitled action be and is hereby dismissed with prejudice and with all parties to bear their own costs.

| | |
|---|---|
| Debtor: | Marcal Paper Mills, Inc. |
| Case No.: | 06-21886(MS), Adv. Proc. No. 08-2813 (MS) |
| Caption of Order: | Stipulation of Dismissal without Prejudice and without Costs |

---

**RABINOWITZ, LUBETKIN & TULLY, L.L.C.**
*Conflict Counsel to Edward P. Bond,*
*Liquidating Trustee of the Marcal Paper Mills Claims Trust*


By:    /s/ John J. Choe
       JOHN J. CHOE

Dated: August 5, 2009


F:\Client_Files\A-M\Marcal Paper\Cellu Tissue Holdings\Stip.dismiss.doc